**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

**STEVEN RODRIGUEZ,**

                            **Plaintiff,**


            **v.**                                                          **9:10-CV-88**
                                                                           **(FJS/DRH)**
**DONNIE MITCHELL, Correction Officer, Clinton**
**Correctional Facility; GILLETTE, Correction**
**Officer, Clinton Correctional Facility;[1] SGT.**
**GRIMSHAW, Correction Officer, Clinton**
**Correctional Facility; and BAXTER, Correction**
**Officer, Clinton Correctional Facility, officially and**
**in their individual capacities,**

                            **Defendants.**

_____

**APPEARANCES**                                    **OF COUNSEL**

**STEVEN RODRIGUEZ**
**07-A-5946**
Sullivan Correctional Facility
Post Office Box 116
Fallsburg, New York 12733
Plaintiff _pro se_

**OFFICE OF THE NEW YORK**                    **MEGAN M. BROWN, AAG**
**STATE ATTORNEY GENERAL**
The Capitol
Albany, New York
Attorneys for Defendants


**SCULLIN, Senior Judge**

---

        [1] Defendant Gillette, who was misidentified and is actually B. Drollette, _see_ Text Order dated February 2, 2011, was served on February 10, 2011, _see_ Dkt. No. 53, and filed an answer on June 3, 2011, _see_ Dkt. No. 57.  Defendant Gillette has never requested to join in the present motion nor has he filed a motion on his own behalf.

**ORDER**

Plaintiff commenced this action pursuant to 42 U.S.C. § 1983, alleging that Defendants violated his constitutional rights under the Eighth Amendment. *See generally* Dkt. No. 1. Defendants Mitchell, Grimshaw and Baxter filed a motion for summary judgment on January 7, 2010. *See* Dkt. No. 48. Plaintiff did not oppose that motion. On July 28, 2011, Magistrate Judge Homer issued a Report-Recommendation and Order, in which he recommended that this Court grant Defendants' motion. *See* Dkt. No. 58 at 12. None of the parties filed any objections to this Report-Recommendation and Order.

When a party does not object to a magistrate judge's report-recommendation, the court reviews that report-recommendation for clear error or manifest injustice. *See Linares v. Mahunik*, No. 9:05-CV-625, 2009 WL 3165660, *10 (N.D.N.Y. July 16, 2009) (citation and footnote omitted). After conducting that review, "the Court may 'accept, reject, or modify, in whole or in part, the recommendations made by the magistrate judge.'" *Id.* (quoting 28 U.S.C. § 636(b)(1)(C)).

The Court has reviewed Magistrate Judge Homer's July 28, 2011 Report-Recommendation and Order for clear error and manifest injustice; and, finding none, the Court hereby

**ORDERS** that Magistrate Judge Homer's July 28, 2011 Report-Recommendation and Order is **ACCEPTED in its entirety** for the reasons stated therein; and the Court further

**ORDERS** that the summary judgment motion of Defendants Mitchell, Grimshaw and Baxter is **GRANTED**; and the Court further

**ORDERS** that this case is remanded to Magistrate Judge Homer for all further pretrial matters.[2]

**IT IS SO ORDERED.**

Dated: September 12, 2011
           Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge

_____

[2] As a result of this Order, the only remaining claims in this action are Plaintiff's claims against Defendant Gillette (B. Drollette).

-3-