UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

STEVEN RODRIGUEZ,

                        Plaintiff,

                  v.                                          9:10-CV-88
                                                                       (FJS/DRH)

DONNIE MITCHELL, Correction Officer, Clinton
Correctional Facility; GILLETTE, Correction
Officer, Clinton Correctional Facility;[1] SGT.
GRIMSHAW, Correction Officer, Clinton
Correctional Facility; and BAXTER, Correction
Officer, Clinton Correctional Facility, officially and
in their individual capacities,

                        Defendants.
_____

APPEARANCES                                             OF COUNSEL

STEVEN RODRIGUEZ
07-A-5946
Sullivan Correctional Facility
Post Office Box 116
Fallsburg, New York 12733
Plaintiff *pro se*

OFFICE OF THE NEW YORK                         MEGAN M. BROWN, AAG
STATE ATTORNEY GENERAL
The Capitol
Albany, New York
Attorneys for Defendants

**SCULLIN, Senior Judge**

---

[1] Defendant Gillette, who was misidentified and is actually B. Drollette, *see* Text Order dated February 2, 2011, was served on February 10, 2011, *see* Dkt. No. 53, and filed an answer on June 3, 2011, *see* Dkt. No. 57. Defendant Gillette has never requested to join in the present motion nor has he filed a motion on his own behalf.

**ORDER**

Plaintiff commenced this action pursuant to 42 U.S.C. § 1983, alleging that Defendants violated his constitutional rights under the Eighth Amendment.  *See generally* Dkt. No. 1. Defendants Mitchell, Grimshaw and Baxter filed a motion for summary judgment on January 7, 2010.  *See* Dkt. No. 48.  Plaintiff did not oppose that motion.  On July 28, 2011, Magistrate Judge Homer issued a Report-Recommendation and Order, in which he recommended that this Court grant Defendants' motion.  *See* Dkt. No. 58 at 12.  None of the parties filed any objections to this Report-Recommendation and Order.

When a party does not object to a magistrate judge's report-recommendation, the court reviews that report-recommendation for clear error or manifest injustice.  *See Linares v. Mahunik*, No. 9:05-CV-625, 2009 WL 3165660, *10 (N.D.N.Y. July 16, 2009) (citation and footnote omitted).  After conducting that review, "the Court may 'accept, reject, or modify, in whole or in part, the recommendations made by the magistrate judge.'"  *Id.* (quoting 28 U.S.C. § 636(b)(1)(C)).

The Court has reviewed Magistrate Judge Homer's July 28, 2011 Report-Recommendation and Order for clear error and manifest injustice; and, finding none, the Court hereby

**ORDERS** that Magistrate Judge Homer's July 28, 2011 Report-Recommendation and Order is **ACCEPTED in its entirety** for the reasons stated therein; and the Court further

**ORDERS** that the summary judgment motion of Defendants Mitchell, Grimshaw and Baxter is **GRANTED**; and the Court further

**ORDERS** that this case is remanded to Magistrate Judge Homer for all further pretrial matters.[2]

**IT IS SO ORDERED.**

Dated: September 12, 2011
         Syracuse, New York

                                        _____
                                        Frederick J. Scullin, Jr.
                                        Senior United States District Court Judge

---

[2] As a result of this Order, the only remaining claims in this action are Plaintiff's claims against Defendant Gillette (B. Drollette).